United States District Court
Middle District of Tennessee

RECEIVED
JUL 18 2025
US DISTRICT COURT
MID DIST TENN

To Whom It May Concern; 7/10/25

My name is Matthew Cody Bell, inmate at Sumner County Jail. Along with this letter I am sending two Civil Rights Actions to be filed please. I hope everything is correct and this is all that's needed to get started. I don't recall seeing it in the hand book but was told by another inmate I'm suppose to give each defendant notice that I'm filing prior to filing. I have not done that because I did not see it in the handbook and thought I ask your office first. Please let me know if that is so.

Along with this letter I am sending a extra copy of the first page only (due to limited resources and not being able to afford the postage) the first page only to be file-stamped and sent back in the self-addressed envelop. I have them marked with how many defendants to know which is which. As I'm sure they will be filed with their own case number.

Thank you for your time and help.

Matthew Cody Bell
#131689
Sumner County Jail
7/10/25

Matthew Cody Ball
#131689 Sumner Co. Jail
117 W. Smith St.
Gallatin, TN.
37066



United States District
Court for Mid. Tenn.
801 Broadway
#800
Nashville, TN.
37203

RECEIVED
JUL 18 2025
US DISTRICT COURT
MID DIST TENN